**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re: Joseph Curti and Sonya P. Curti
Debtor,

Chapter: 7
Case No: 10−19867
Judge William C. Hillman

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It is hererby **ORDERED** that Debora Casey, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:1/7/11

By the Court,

William C. Hillman
U.S. Bankruptcy Judge